**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jesus Rojas DE PAZ, Defendant—Appellant.**

**No. 06–30603.**

United States Court of Appeals, Ninth Circuit.

Submitted May 7, 2007.*

Filed May 14, 2007.

Shawn N. Anderson, Esq., Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Tracy A. Staab, Esq., Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

MEMORANDUM **

This is a direct criminal appeal challenging the district judge's sentencing appellant to a term of imprisonment of 51 months. We have reviewed the record and the opening brief and conclude that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam). This court remains bound by the Supreme Court's holding in *Almendarez–Torres v. United States,* 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), that a district judge may enhance a sentence on the basis of prior convictions, even if the fact of those convictions was not found by a jury beyond a reasonable doubt. *See United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005).

Accordingly, the government's motion for summary affirmance of the district court's judgment is granted.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).